Cite as 2015 Ark. 300

# SUPREME COURT OF ARKANSAS

IN RE SUPREME COURT
COMMITTEE ON MODEL
JURY INSTRUCTIONS –
CRIMINAL

**Opinion Delivered** July 2, 2015

## PER CURIAM

Honorable Dan Ritchey, Circuit Judge, of Blytheville, Honorable Carlton Jones, Circuit Judge, of Texarkana, Honorable Brent Haltom, Circuit Judge, of Texarkana, Honorable Robin Carroll, Circuit Judge, of El Dorado, and Honorable Chuck Graham, Prosecuting Attorney, of Lonoke, are reappointed to the Committee on Model Jury Instructions–Criminal for three-year terms to expire on February 28, 2018. We thank these members for their continued service on this important committee.